**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 6, 2026

VIA ECF
Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Alexa Palacios Sosa v. Edlow, et al.*, No. 26 Civ. 6964 (AS)**

Dear Judge Subramanian:

This Office represents the defendants (the "government") in this action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration ("USCIS") to adjudicate an application for an immigration benefit (Form I-730). An initial pretrial conference has been scheduled for October 8, 2026, at 2:00 p.m. ECF No. 22.

In accordance with the Court's orders (ECF Nos. 5, 22), the parties have conferred and file this joint letter.

As an initial matter, in light of recent developments, the parties jointly request a second adjournment of the conference for a period of two weeks, from October 8, 2026, until October 22, 2026. We make this request because the USCIS office responsible for adjudicating the Form I-730 had to request the case file from another office. An expedited request for the file was made, and the file is now in transit to the adjudicating office. The file is expected to arrive by week's end. The second extension would allow the parties additional time to continue to explore the possibility of a consensual resolution of this case. Should the Court decide to proceed with the conference as currently scheduled, the parties are prepared to appear.

Furthermore, because the file has not yet arrived in the adjudicating office, the government is not yet in possession of all the information necessary to assess its litigation position. Accordingly, with the consent of Plaintiff, the government respectfully seeks leave to file a supplemental joint letter by October 20, 2026, stating its principal defenses once the file has arrived and the government has had a chance to fully assess its litigation position.

Regarding a proposed Civil Case Management Plan and Scheduling Order, it is the government's position that because this action was brought under the Administrative Procedure Act, it is exempt from the mandatory scheduling order required by Fed. R. Civ. P. 16(b). Local Civil Rule 16.1; *see also* Fed. R. Civ. P. 26(f)(1) (APA action exempt from discovery conference requirement); Fed. R. Civ. P. 26(a)(1)(B)(i) (APA action exempt from initial disclosure). Plaintiff agrees with the government's position.

The parties provide the following in accordance with the Court's order:

(1) Nature of the action and principal defenses; major legal and factual issues

*Plaintiff's Statement*

As stated in her initial complaint, Plaintiff has filed this mandamus action under the Administrative Procedure Act, requesting this Court to order that USCIS adjudicate her long pending I-730 Petition. Plaintiffs consent to Defendants' request to file a supplemental letter stating the government's principal defenses by October 20, 2026.

*Defendants' Statement*

As stated above, the government needs additional time to assess its position and respectfully seeks leave to file a supplemental letter stating its principal defenses by October 20, 2026.

(2) Jurisdiction and Venue

*Plaintiff's Statement*

Plaintiff agrees with the Defendants that this Court has jurisdiction to hear her claim under the. Mandamus statue, the APA, or the Declaratory Judgment Act and that venue in the Southern District of New York is proper.

*Defendants' Statement*

The government does not dispute the Court's jurisdiction to hear the plaintiff's claim under the mandamus statute, the APA, or the Declaratory Judgment Act or that venue in the Southern District of New York is proper.

(3) Deadlines, Due Dates and/or cut-off dates

The government's response to the complaint is currently due on October 30, 2026.

(4) Outstanding Motions

There are currently no outstanding motions.

(5) Discovery

No discovery has taken place. The government has informally shared information with plaintiff regarding the agency's efforts to locate and obtain the file necessary for adjudication.

(6) Settlement Discussions

The parties are actively engaged in discussions regarding a possible resolution of the case.

(7) The parties confirm discussions have taken place regarding alternative dispute resolution mechanisms, and in light of ongoing discussions about a possible resolution of the case,

do not believe that a settlement conference before a Magistrate Judge; participation in the District's Mediation Program; and/or retention of a privately mediator is appropriate.

(8) At this time, the parties are not aware of any further information that may advance the case to settlement or trial.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)

GRANTED IN PART.

The initial pretrial conference scheduled for October 8, 2026, is hereby adjourned until October 22, 2026, at 2:00 PM ET.

The parties are ORDERED file a joint letter on or before October 16, 2026, apprising the Court of what they would like to discuss at the initial pretrial conference. The Government may file a supplemental joint letter on or before October 19, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF 23.

SO ORDERED.



Arun Subramanian, U.S.D.J.
Date: October 6, 2026