UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXA PALACIOS SOSA,

Plaintiff,

-against-

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; CARRIE M. SELBY, in her official capacity as Associate Director, USCIS Service Center Operations Directorate (SCOPS); and TRACEY PARSONS, in her official capacity as Acting Director, USCIS, Humanitarian, Adjustment, Removing Conditions and Travel Documents (HART) Service Center,

Defendants.

26-CV-6964 (AS)

ORDER OF DISMISSAL

ARUN SUBRAMANIAN, United States District Judge:

The Court having been advised on October 16, 2026, that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be “so ordered” by the Court. Per Paragraph 9.B of the Court’s Individual Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 16, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge